# THE LAW OFFICES OF Matthew Albert ESQ.

April 29, 2020

Elizabeth Wolford, Esq.
Kenneth B. Keating Federal Building
100 State Street
Rochester, New York 14614

Re:    Green v. County of Erie, et al

Dear Judge Wolford,

    I am requesting an additional month to obtain a Stipulation of Discontinuance, as signed and notarized by my client. He is currently incarcerated and has had undue difficulty obtaining a notary. I do anticipate these issues being resolved within the next month. I have consulted with the Defendant's counsel, who does not object to this request.

    Yours Truly,

<u>/s/ Matthew Albert</u>
Matthew Albert, Esq.
The Law Offices of Matthew Albert Esq.
1207 Delaware Avenue, Suite 208
Buffalo, New York 14209
Office: (716) 445-4119
Fax: (716) 608-1388

cc:    Kenneth R. Kirby, Esq.